## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Kevin D. Schwartz v. | FILED: MAY 13, 2008 |
| Elgin Police Officer Christopher Darr, et.al. | 08 cv 2773    JH |
| | JUDGE CASTILLO |
| | MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Kevin D. Schwartz

| | |
|---|---|
| NAME (Type or print) | |
| Jon Erickson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jon Erickson | |
| FIRM | |
| Erickson & Oppenheimer, PC | |
| STREET ADDRESS | |
| 4554 N. Broadway \| Suite 325 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60640 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6205277 | 773.907.0940 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |