# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Kevin D. Schwartz v.<br>Elgin Police Officer Christopher Darr, et.al. | Case Number:<br>FILED: MAY 13, 2008<br>08 cv 2773    JH<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Kevin D. Schwartz

---

| NAME (Type or print) |  |
|---|---|
| Michael Oppenheimer |  |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Michael Oppenheimer | |
| **FIRM** | |
| Erickson & Oppenheimer, PC | |
| **STREET ADDRESS** | |
| 4554 N. Broadway | Suite 325 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60640 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6202614 | TELEPHONE NUMBER<br>773.907.0940 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |