# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Kevin D. Schwartz v.
Elgin Police Officer Christopher Darr, et.al.

Case Number:

FILED: MAY 13, 2008

08 cv 2773    JH

JUDGE CASTILLO

MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Kevin D. Schwartz

| | |
|---|---|
| NAME (Type or print) <br> Franco La Marca | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Franco La Marca | |
| FIRM <br> Erickson & Oppenheimer, PC | |
| STREET ADDRESS <br> 4554 N. Broadway \| Suite 325 | |
| CITY/STATE/ZIP <br> Chicago, IL 60640 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6292220 | TELEPHONE NUMBER <br> 773.907.0940 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |