**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 2773 |
| Kevin Schwartz, | |
| v. | |
| Elgin Police Officer Christopher Darr, Elgin Police Officer Edward Schmidt, Unknown Elgin Police Officers, and the City of Elgin | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ELGIN POLICE OFFICER EDWARD SCHMIDT and CITY OF ELGIN

| |
|---|
| NAME (Type or print) <br> Scott B. Dolezal |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Scott B. Dolezal |
| FIRM <br> DeAno & Scarry, LLC |
| STREET ADDRESS <br> 53 W. Jackson Blvd., Suite 1062 |
| CITY/STATE/ZIP <br> Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6274826 | (630) 690-2800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐