12143

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN SCHWARTZ,<br><br>     Plaintiff,<br><br>v.<br><br>ELGIN POLICE OFFICER, CHRISTOPHER DARR, ELGIN POLICE OFFICER EDWARD SCHMIDT, UNKNOWN ELGIN POLICE OFFICERS, and the CITY OF ELGIN,<br><br>     Defendants. | No. 08 CV 2773<br><br>Hon. Ruben Castillo<br><br>Mag. Judge Morton Denlow |

## NOTICE OF FILING

TO: Michael Oppenheimer, Erickson & Oppenheimer, P.C., 4554 N. Broadway, Suite 325, Chicago, IL 60640

  **PLEASE TAKE NOTICE** that on **July 21, 2008** we electronically filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Defendants Elgin Police Officer Edward Schmidt and City of Elgin Answer to Plaintiff's Complaint,** a true and correct copy of same is attached hereto and hereby served upon you.

             DeANO & SCARRY

           By: s/James L. DeAno
             Attorney for Defendants Elgin Police Officer
             Edward Schmidt and City of Elgin

James L. DeAno
*Attorney for Defendants*
DeANO & SCARRY, LLC
53 W. Jackson Blvd.
Suite 1062
Chicago, IL 60604
(630) 690-2800
S:\Case Files\12143.Schwartz\12143.pleadings\12143.nof.2008.07.21.doc

1