# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Kevin D. Schwartz

                Plaintiff,

v.                                          Case No.: 1:08−cv−02773
                                              Honorable Ruben Castillo

Christopher Darr, et al.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Morton Denlow for the purpose of holding proceedings related to: settlement conference.(rao, )Mailed notice.

Dated: August 21, 2008

                                                                           /s/ Ruben Castillo

                                                                 United States District Judge