IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kevin Schwartz,<br>       Plaintiff, | )<br>)<br>) |
| -vs- | )    No. 08 cv 02773 <br>)<br>)    Honorable Judge Anderson |
| The City of Elgin, et. al.<br>       Defendants. | )<br>)<br>) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 4, at 9:00 AM, before the Honorable Judge Anderson, I will present the attached **MOTION TO WITHDRAW**, copies of which will be submitted electronically to Defendants' counsels via ECF.

Respectfully submitted,

/s/Franco S. La Marca

_____

Franco S. La Marca, Esq.

## PROOF OF SERVICE

I, Franco S. La Marca, an attorney, on oath state that I served the above notice and the document referred therein, to Defendants' counsels electronically via ECF on August 27, 2008.

/s/Franco S. La Marca

_____

Franco S. La Marca, Esq.